Defendant Janet Rosendahl Sweeney, pro se, moves the court to restrict access to the medical information submitted for The Motion for an extension of time to reply to Plantiff Susan Renee Zebelman Vigoda's response to Defendant Janet Rosendahl Sweeney's Motionfor appointment of council. These letters contain identifying material and Defendant respectfully requests these letters be restricted for privacy.

Conferral pursuant to D.C.COLO.CivR7.1(A)

Defendant conferred with counsel for OARC defendants,and Ms. Vigoda and Has not received a reply. As this is very sensitive, personal information,I ask that the court please restrict this information as soon as possible.

Respectfully submitten July 22,2021:

Janet Rosendahl Sweeney

Janet Rosendahl Sweeney
Kennedygo@aol.com
404 W Easter Ave
Littleton,CO 80120